[No. 37316-1-I.    Division One.    October 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-00944-0, Anthony P. Wartnik, J., entered September 15, 1995. *Reversed* by unpublished per curiam opinion.

[No. 37351-0-I.    Division One.    October 13, 1997.]

CHARLES CHRISTOFFERSON, *Appellant*, v. MARK H. MILLER, M.D., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-12110-3, Harriett M. Cody, J., entered June 22, 1995. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy, A.C.J., and Cox, J.

[No. 37773-6-I.    Division One.    October 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL ANTHONY WOOD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-04846-0, Joan E. DuBuque, J., entered December 1, 1995. *Reversed* by unpublished opinion per Kennedy, A.C.J., concurred in by Grosse and Becker, JJ.

[No. 37878-3-I.    Division One.    October 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN W. MARSH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-1-00771-1, Michael F. Moynihan, J., entered December 11, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Agid, J., concurred in by Coleman and Becker, JJ.